UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
                                                        :
THOMAS E. CASEY,                          :          CASE NO. 5:08-CV-2694
                                                        :
               Petitioner,                        :
                                                        :
vs.                                                     :          ORDER & OPINION
                                                        :          [Resolving Doc. Nos. 21, 23.]
                                                        :
RICHARD HALL, Warden,                  :
                                                        :
               Respondent.                     :
                                                        :
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

        On November 14, 2008, Petitioner Thomas E. Casey filed a petition under 28 U.S.C. § 2254

for a writ of habeas corpus, seeking federal review of his state conviction and sentence.  [Doc. 1.]

The Court referred the case to Magistrate Judge Kenneth S. McHargh for preparation of a Report and

Recommendation pursuant to Local Rule 72.2. [Doc. 3.]  On July 29, 2009, Petitioner Casey filed

a motion to compel the Respondent to provide the Court with a copy of the sentencing order from

his July 2009 re-sentencing.  [Doc. 21.]  On September 16, 2009, Petitioner Casey filed a motion to

dismiss this case without prejudice.  [Doc. 23.]  The Respondent opposes both motions.  [Doc. 22,

24.]  Casey has replied.  [Doc. 25.]

        On February 25, 2010, Magistrate Judge McHargh issued his report and recommendation,

recommending that the Court grant the Petitioner's motion to dismiss without prejudice and deny

the Petitioner's motion to compel. [Doc. 26.]  Neither party has filed an objection to the Magistrate

Case No. 5:08-CV-2694
Gwin, J.

Judge's report and recommendation.

The Federal Magistrates Act requires a district court to conduct *de novo* review only of those portions of a report and recommendation to which the parties have made an objection.  28 U.S.C. § 636(b)(1)(C).  Parties must file any objections to a report and recommendation within fourteen days of service.  *Id.*  Failure to object within this time waives a party's right to appeal the magistrate judge's recommendation.  Fed. R. Civ. P. 72(a); *see also Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Absent objection, a district court may adopt the magistrate judge's report without review. *See Thomas*, 474 U.S. at 149.  Moreover, having conducted its own review of the this case, the Court agrees with the conclusions of Magistrate Judge McHargh.

The Court therefore **ADOPTS** the report and recommendation of the Magistrate Judge, **GRANTS** the Petitioner's motion to dismiss the case without prejudice [Doc. 23], and **DENIES** the Petitioner's motion to compel the Warden to produce the new sentencing order [Doc. 21].

IT IS SO ORDERED.


Dated: March 17, 2010                           s/        *James S. Gwin*
                                                JAMES S. GWIN
                                                UNITED STATES DISTRICT JUDGE